KEVIN M. POLLACK (SBN 272786)
MELISA A. ROSADINI (SBN 316369)
ROBINS CLOUD LLP
808 Wilshire Boulevard, Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900
Email: kpollack@robinscloud.com
       mrosadini@robinscloud.com

SONIA MARTIN (SBN 191148)
ANDREA HALL (SBN 317491)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sonia.martin@dentons.com
       andrea.hall@dentons.com

Attorneys for Defendants
NATIONWIDE E&S SPECIALTY,
SCOTTSDALE INSURANCE COMPANY,
INDEMNITY COMPANY and
NATIONAL CASUALTY COMPANY.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODISTRIBUTORS, INC., and STEVEN M. SCHNEIDER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE E&S SPECIALTY, SCOTTSDALE INSURANCE COMPANY, SCOTTSDALE INDEMNITY COMPANY, NATIONAL CASUALTY COMPANY, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 4:21-cv-06204-HSG<br><br>**STIPULATION REGARDING CROSS-MOTIONS REGARDING THE DUTY TO DEFEND; ORDER (as modified)**<br><br>Date:     November 16, 2021<br>Time:    2:00 p.m.<br>Place:    1301 Clay Street<br>            Courtroom 2, 4th Floor<br>            Oakland, CA |

Pursuant to the Court's instruction at the November 16, 2021 Case Management Conference, plaintiffs Autodistributors, Inc. and Steven M. Schneider and the defendants Nationwide E&S Specialty, Scottsdale Insurance Company, Scottsdale Indemnity Company, and National Casualty Company (collectively, the "Parties"), by and through their attorneys of record,

1

hereby stipulate as follows, and respectfully request the Court approve their stipulation for good cause shown:

WHEREAS, the Parties wish to seek an early ruling from the Court regarding the duty to defend;

IT IS THEREFORE STIPULATED AND AGREED THAT:

(1) Plaintiffs and Defendants shall file cross motions limited solely to the issue of the Duty to Defend on January 20, 2022, with a hearing date that comforms with the Court's calendar and counsel's availability. Plaintiffs intend to file a motion for Partial Summary Judgment. Defendants intend to file a motion for Partial Judgment On The Pleadings.

(2) Plaintiffs and Defendants shall each file their respective opposition briefs on February 3, 2022;

(3) Plaintiffs and Defendants shall each file their respective reply briefs on February 17, 2022.

IT IS SO STIPULATED.

Dated: November 23, 2021

ROBINS CLOUD LLP

By  */s/ Melisa Rosadini*
  MELISA A. ROSADINI
Attorneys for Plaintiffs
AUTODISTRIBUTORS, INC. and STEVEN M. SCHNEIDER

Dated: November 23, 2021

DENTONS US LLP

By  */s/ Sonia Martin*
  SONIA MARTIN

Attorneys for Defendants
NATIONWIDE E&S SPECIALTY,
SCOTTSDALE INSURANCE COMPANY,
SCOTTSDALE INDEMNITY COMPANY and
NATIONAL CASUALTY COMPANY

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: November 23, 2021        DENTONS US LLP

By: _____*/s/Melisa Rosadini*_____
Melisa A. Rosadini

Attorneys for Plaintiffs
AUTODISTRIBUTORS, INC. and
STEVEN SCHNEIDER

**ORDER**

IT IS SO ORDERED.  Counsel are directed to notice the cross-motions for hearing on March 3, 2022 at 2:00 p.m.

Dated: 11/24/2021        _____
Honorable Haywood S. Gilliam, Jr.
United States District Judge