1  KEVIN M. POLLACK (SBN 272786)
   MELISA A. ROSADINI (SBN 316369)
2  ROBINS CLOUD LLP
   808 Wilshire Boulevard, Suite 450
3  Santa Monica, California 90401
   Telephone: (310) 929-4200
4  Facsimile: (310) 566-5900
   Email: kpollack@robinscloud.com
5         mrosadini@robinscloud.com

6  SONIA MARTIN (SBN 191148)
   ANDREA HALL (SBN 317491)
7  DENTONS US LLP
   1999 Harrison Street, Suite 1300
8  Oakland, CA 94612-4709
   Telephone:    415 882 5000
9  Facsimile:    415 882 0300
   Email: sonia.martin@dentons.com
10        andrea.hall@dentons.com

11 Attorneys for Defendants
   NATIONWIDE E&S SPECIALTY,
12 SCOTTSDALE INSURANCE COMPANY,
   INDEMNITY COMPANY and
13 NATIONAL CASUALTY COMPANY.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODISTRIBUTORS, INC., and STEVEN M. SCHNEIDER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE E&S SPECIALTY, SCOTTSDALE INSURANCE COMPANY, SCOTTSDALE INDEMNITY COMPANY, NATIONAL CASUALTY COMPANY, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 21-cv-060204<br><br>STIPULATION AND ORDER REGARDING ADR DEADLINE |

-1-

Case No. 21-cv-060204

STIPULATION AND ORDER
REGARDING ADR DEADLINE

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
415 882 5000

# STIPULATION

Plaintiffs Autodistributors, Inc. and Steven M. Schneider and the defendants Nationwide E&S Specialty, Scottsdale Insurance Company, Scottsdale Indemnity Company, and Nation Casualty Company ("Defendants"), by and through their respective counsel of record, stipulate and agree as follows and respectfully request entry of an order giving effect to their stipulation:

WHEREAS, on November 24, 2021 (Dkt. No. 20), the Court ordered the parties to file cross-motions on the duty to defend to be heard on March 3, 2022;

WHEREAS, on November 24, 2021 (Dkt. No. 21), the Court ordered the parties to complete private mediation by May 22, 2022;

WHEREAS, the parties filed cross-motions on the duty to defend, which were taken under submission on March 2, 2022 (Dkt. No. 30);

WHEREAS, the Court has not yet ruled on the parties' cross motions;

WHEREAS, a continuance of the deadline to complete private mediation is necessary to provide the parties with adequate time to explore potential case resolution with the benefit of the Court's ruling on the duty to defend;

WHEREAS, the parties agree that the interests of judicial economy, efficiency and convenience of the Court and the parties would be furthered by continuing the date to complete private mediation to September 23, 2022;

NOW, THEREFORE, IT IS AGREED AND STIPULATED that:

The deadlines to complete private mediation be continued to September 23, 2022. The parties respectfully request the Court to adopt the foregoing stipulation as the order of the Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: April 22, 2022 | ROBINS CLOUD LLP |
| 2 | | By  */S/ MELISA A. ROSADINI* |
| 3 | | Attorneys for Plaintiffs |
| 4 | | AUTODISTRIBUTORS, INC. and STEVEN M. SCHNEIDER |
| 6 | Dated: April 22, 2022 | DENTONS US LLP |
| 7 | | By      */s/ SONIA MARTIN*<br>SONIA MARTIN |
| 8 | | |
| 9 | | Attorneys for Defendants<br>NATIONWIDE E&S SPECIALTY, SCOTTSDALE INSURANCE COMPANY, SCOTTSDALE INDEMNITY COMPANY and NATIONAL CASUALTY COMPANY |

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
415 882 5000

-3-

Case No. 21-cv-060204

STIPULATION AND ORDER REGARDING ADR DEADLINE

1 **FILER'S ATTESTATION:**

2     Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of

3 perjury that the concurrence in the filing of this document has been obtained from its

4 signatories.

6 Dated: April 22, 2022         DENTONS US LLP

8                 By:   */s/Sonia Martin*
                          Sonia Martin

Attorneys for Defendants
NATIONWIDE E&S SPECIALTY,
SCOTTSDALE INSURANCE COMPANY,
SCOTTSDALE INDEMNITY COMPANY and
NATIONAL CASUALTY COMPANY

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
415 882 5000

-4-

Case No. 21-cv-060204         STIPULATION AND ORDER REGARDING ADR DEADLINE

# **ORDER**

In view of the parties' Stipulation, and good cause appearing therefor, the Court rules as follows: The May 22, 2022 deadline to complete ADR proceedings is hereby extended to September 23, 2022.

**IT IS SO ORDERED**.

Dated:   4/25/2022

*Haywood S. Gilliam Jr.*
THE HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE