United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTODISTRIBUTORS, INC., et al.,

          Plaintiffs,

    v.

NATIONWIDE E&S SPECIALTY, et al.,

          Defendants.

Case No.  21-cv-06204-HSG

**JUDGMENT**

      Judgment is hereby entered consistent with the Court's Order Granting Defendants' Motion For Judgment on the Pleadings and Terminating as Moot Plaintiffs' Motion for Partial Summary Judgment,

      This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

      Dated at Oakland, California, this 24th day of August, 2022.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.